■ ANTHONY TORILLO, Appellant, v DANIEL JOY, as Deputy Commissioner of the Department of Housing, Preservation and Development, Office of Rent Control and Housing Division, of the City of New York, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of respondent Joy, which, *inter alia,* affirmed an order of a district rent director granting a certificate of eviction against petitioner, petitioner appeals from a judgment of the Supreme Court, Kings County (Rader, J.), dated May 9, 1983, which dismissed the proceeding. ¶ Judgment affirmed, without costs or disbursements. ¶ A rational basis exists for the respondent's finding that the co-owner landlords met the requirements of the Rent and Eviction Regulations of the Division of Housing and Community Renewal (see 9 NYCRR 2104.5 [a] [1]; *Matter of Fazio v Joy,* 58 NY2d 674, affg 89 AD2d 604). The landlords established that they sought possession in good faith for their own personal use (see *Matter of Porreca v Reichman,* 35 AD2d 540). Titone, J. P., Rubin, Boyers and Eiber, JJ., concur.

■ MICHAEL J. TULLY et al., Appellants, v LAWRENCE PETROLEUM, INC., et al., Respondents. — In an action to recover damages for breach of contract, etc., plaintiffs appeal from (1) an order of the Supreme Court, Westchester County (Marbach, J.), dated July 15, 1983, which granted the defendants' motion, made at the close of plaintiffs' case, to dismiss the complaint and (2) a judgment of the same court, dated July 26, 1983, entered upon said order. ¶ Appeal from the order dismissed, without costs or disbursements. (See *Matter of Aho,* 39 NY2d 241, 248.) ¶ Judgment affirmed, without costs or disbursements. No opinion. Lazer, J. P., Weinstein, Brown and Lawrence, JJ., concur.